

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: ANTONIO JOSE ADAME, | § | No. 08-18-00082-CR |
|  | § | Appeal from the |
| Appellant. | § | 409th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20060D00063-409-1) |
|  | § |  |

**O R D E R**

Pending before the Court is Appellant's motion to supplement the record with the reporter's record of a plea hearing held in cause number 20080D05670 on January 15, 2009. Appellant has failed to show that this reporter's record was made part of the record in this case by attaching it to his writ application or by filing it as an exhibit during the writ proceedings in the instant case. Consequently, he has not established that it is properly part of the appellate record in this case. The motion to supplement the record is DENIED.

IT IS SO ORDERED this 19th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.